# CERTIFICATE OF SERVICE

I, David R. Hurst , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of (i) this Summons; (ii) a copy of the Complaint and (iii) a Notice of Dispute Resolution Alternatives was made on June 7, 2019 by:

☒ Mail service:  First-Class Mail, postage prepaid to:

| DermOne, LLC<br>Attn: Officer, Managing Agent or General Agent<br>368 Lakehurst Road<br>Toms River, NJ 08755 | DermOne, LLC<br>c/o Schweiger Dermatology Group<br>110 East 55th Street, 19th Floor<br>New York, NY 10022 |
|---|---|
| DermOne, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | |

☐ Personal Service:  By Hand Delivery to the following counsel to defendant pursuant to agreement among the parties:

☐ Residence Service:  By leaving the process with the following adult at:

☐ Publication:  The defendant was served as follows:  [Describe briefly]

☐ Certified Mail Service on Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

☐ State Law:  The defendant was served pursuant to the laws of the State of _____, as follows:  [Describe briefly]
   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

| June 7, 2019 | /s/ David R. Hurst |
|---|---|
| *Date* | *Signature* |

| Print Name |  |  |
|---|---|---|
| David R. Hurst |  |  |
| Business Address |  |  |
| 500 Delaware Avenue, Suite 1410 |  |  |
| City | State | Zip |
| Wilmington | DE | 19801 |